# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | | |
|---|---|---|
| **TANIUM INC.** | § § § | |
| Plaintiff, | § § | |
| v. | § § | No. 1:21-cv-01867-MHC |
| **MAX YAGO, and WIZ, INC.** | § § § § | |
| Defendants. | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Tanium Inc. and Defendants Max Yago and Wiz, Inc. (the "Parties"), hereby file their Stipulation of Dismissal With Prejudice in the above-entitled action. The Parties stipulate to the dismissal of this action with prejudice, with each party to bear its own costs and fees.

Respectfully submitted this 13th day of January, 2022.

*(Signatures on next page)*

Respectfully submitted,

*/s/ Matthew B. Ames*
Matthew B. Ames
mames@balch.com
Ga. Bar No. 015898
Brooke W. Gram
bgram@balch.com
Ga. Bar No. 810901
BALCH & BINGHAM LLP
30 Ivan Allen Jr. Blvd. N.W., Suite 700
Atlanta, GA 30308
Telephone: (404) 261-6020
Facsimile: (404) 261-3656

Ann Marie Arcadi (admitted *pro hac vice*)
annmarie.arcadi@arcadijackson.com
T. Gregory Jackson (admitted *pro hac vice*)
greg.jackson@arcadijackson.com
John M. Farrell (admitted *pro hac vice*)
john.farrell@arcadijackson.com
Seema Tendolkar (admitted *pro hac vice*)
seema.tendolkar@arcadijackson.com
ARCADI JACKSON, LLP
2911 Turtle Creek Blvd., Suite 800
Dallas, TX 75219
Telephone: (214) 865-6458
Facsimile: (214) 865-6522

*Attorneys for Plaintiff Tanium Inc.*

Respectfully submitted,

*/s/ Rachel C. Werner*
Rachel C. Werner
Georgia Bar No. 321099
rwerner@littler.com
LITTLER MENDELSON P.C.
3424 Peachtree Road N.E. Suite 1200
Atlanta, GA 30326.1127
Telephone: 404.233.0330
Facsimile: 404.233.2361

Ivan R. Novich (admitted *pro hac vice*)
inovich@littler.com
Tyler A. Sims (admitted *pro hac vice*)
tsims@littler.com
LITTLER MENDELSON P.C.
One Newark Center
1085 Raymond Blvd., 8th Floor
Newark, NJ 07102
Telephone: 973.848.4700

Jordan R. Jaffe (admitted *pro hac vice*)
jjaffe@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
One Market Plaza, Spear Tower
Suite 3300
San Francisco, CA 94105
415.498.0556

James Judah (admitted *pro hac vice*)
jamesjudah@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP-CA 50 California Street San Francisco, CA 94111

*Attorneys for Defendants Max Yago and Wiz, Inc.*

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE - Page 2**

## **CERTIFICATE OF COUNSEL REGARDING FONT SIZE**

Counsel certifies that the foregoing has been prepared using Times New Roman font size 14 in accordance with Local Rules 5.1(C) and 7.1(D).

Respectfully submitted this the 13th day of January, 2022.

*/s/Matthew B. Ames*
Matthew B. Ames
Georgia Bar No. 015898

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been filed with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the attorneys of record, on this 13th day of January, 2022.

Rachel C. Werner
LITTLER MENDELSON, P.C.
3424 Peachtree Road, N.E., Suite 1200
Atlanta, GA 30326

Ivan R. Novich
Tyler A. Sims
LITTLER MENDELSON P.C.
One Newark Center
1085 Raymond Blvd., 8th Floor
Newark, NJ 07102

James DuBois Judah
QUINN EMANUEL URQUHART & SULLIVAN LLP-CA
50 California Street
San Francisco, CA 94111

Jordan R. Jaffe (admitted *pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
One Market Plaza, Spear Tower
Suite 3300
San Francisco, CA 94105

/s/Matthew B. Ames
Matthew B. Ames
Georgia Bar No. 015898